

ORDERED in the Southern District of Florida on March 18, 2016.

Raymond B. Ray, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN RE:

WANDA HOPKINS PENN                CASE NO.: 16-11119-RBR
                                  CHAPTER: 7

      DEBTOR(S).
_____/

### ORDER GRANTING *IN REM* RELIEF FROM THE AUTOMATIC STAY

**THIS CASE** came before the Court at a hearing on March 16, 2016 at 9:30 a.m. upon the Motion for *In Rem* Relief from the Automatic Stay filed by ***Deutsche Bank Trust Company Americas, as Trustee for Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2007-QS10*** ("Movant") on February 15, 2016 (DE#16). The Court being otherwise more fully advised in the premises, it is:

   **ORDERED:**

1. The Motion for *In Rem* Relief from the Automatic Stay is GRANTED.

2. The automatic stay imposed by 11 U.S.C. § 362 is lifted with respect to the real property known as:

   **A PORTION OF WESTFORK I PLAT AS RECORDED IN PLAT BOOK 150, PAGE 43, OF THE PUBLIC RECORDS OF BROWARD COUNTY, FLORIDA, BEING DESCRIBED AS FOLLOWS:  COMMENCE AT THE SOUTHWEST CORNER OF SAID WESTFORK I PLAT; THEN NORTH 01 DEGREES 46'52" WEST, ALONG THE WEST LINE OF SAID WESTFORK I PLAT, A DISTANCE OF 2538.28 FEET; THENCE CONTINUE ALONG SAID WEST LINE NORTH 01 DEGREES 46'35" WEST, A DISTANCE OF 1274.22 FEET; THENCE NORTH 88 DEGREES 13'25" EAST, A DISTANCE OF 3544.70 FEET TO THE POINT OF BEGINNING; SAID POINT BEING THE POINT OF INTERSECTION WITH A NONTANGENT CURVE, CONCAVE, SOUTHWESTERLY, HAVING A RADIUS OF 30.00 FEET AND A CENTRAL ANGLE OF 19 DEGREES 27'44"; THENCE NORTHWESTERLY ALONG THE ARC OF SAID CURVE TO THE LEFT, FROM WHICH THE LOCAL TANGENT AT THE BEGINNING POINT BEARS NORTH 44 DEGREES 02?25" WEST, A DISTANCE OF 10.20 FEET, SAID ARC SUBTENDED BY A CHORD WHICH BEARS NORTH 53 DEGREES 47'25" WEST, A DISTANCE OF 10.15 FEET TO THE POINT OF INTERSECTION WITH A NONTANGENT LINE; THENCE NORTH 26 DEGREES 28'26" EAST, A DISTANCE OF 52.69 FEET; THENCE NORTH 01 DEGREES 46'35" WEST, A DISTANCE OF 87.16 FEET; THENCE NORTH 88 DEGREES 13?25" EAST, A DISTANCE OF 97.82 FEET; TO THE BEGINNING OF A CURVE, CONCAVE SOUTHWESTERLY, HAVING A RADIUS OF 25.00 FEET AND A CENTRAL ANGLE OF 90 DEGREES 07'24"; THENCE EASTERLY ALONG THE ARC OF SAID CURVE TO THE RIGHT, A DISTANCE OF 39.32 FEET, SAID ARC SUBTENDED BY A CHORD WHICH BEARS SOUTH 46 DEGREES 42'53" EAST, A DISTANCE OF 35.39 FEET; TO A POINT OF COMPOUND CURVATURE WITH A CURVE, CONCAVE WESTERLY, HAVING A RADIUS OF 800.00 FEET AND A CENTRAL ANGLE OF 00 DEGREES 43'34?; THENCE SOUTHERLY ALONG THE ARC OF SAID CURVE TO THE RIGHT, A DISTANCE OF 10.14 FEET, SAID ARC SUBTENDED BY A CHORD WHICH BEARS SOUTH 01 DEGREES 17'24" EAST, A DISTANCE OF 10.14 FEET TO THE CURVE'S END; THENCE SOUTH 00 DEGREES 55'37" EAST, A DISTANCE OF 48.51 FEET; THENCE SOUTH 89 DEGREES 04'23" WEST, A DISTANCE OF 107.95 FEET; THENCE SOUTH 26 DEGREES 28'26" WEST, A DISTANCE OF 65.52 FEET TO THE POINT OF BEGINNING; CONTAINING 106.38 SQUARE FEET OF LAND, MORE OR LESS.**

   **AKA:  1290 161 NW AVENUE, PEMBROKE PINE, FL 33028**

3. This order lifting the automatic stay is entered for the purpose of allowing Movant to pursue its lawful *in rem* remedies as to the above described property and said Movant shall neither seek nor obtain an *in personam* judgment against the Debtor(s).

4. All communications sent by Secured Creditor in connection with proceeding against the property including, but not limited to, notices required by state law and communications to offer and provide information with regard to a potential Forbearance Agreement, Loan Modification, Refinance Agreement, Loss Mitigation Agreement or other Loan Workout, may be sent directly to the Debtor(s).

5. This Order is entered for the sole purpose of allowing Movant, its successors and/or assigns, to commence and/or continue through judgment, sale, certificate of title and possession, a foreclosure against the property described above. Movant may also commence and/or continue to pursue loss mitigation options, including, but not limited to, forbearance, loan modification, refinance, and deed in lieu of foreclosure.

6. The stay imposed by Fed. R. Bankr. P. 4001(a)(3) is waived.

###

*Attorney, Ella Roberts, Esq. shall serve a copy of the signed order on all required parties and file a certificate of service as required under Local Rule 2002-1(F).*

**Submitted by:**

Ella Roberts, Esq.
Albertelli Law
Attorney for Secured Creditor
PO Box 23028
Tampa, FL 33623
Telephone: (813) 221-4743 ext. 1611
Facsimile: (813) 221-9171
bkfl@albertellilaw.com